UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No: 07-20099

vs.

                              HON: PAUL D. BORMAN

YASSER SOUHOUBA,

        Defendant.
_____/

**MICHAEL A. RATAJ (P43004)**
**Attorney for Defendant**
535 Griswold, Suite 1030
Detroit, MI 48226
(313) 962-3500
_____

## ORDER SUBSTITUTING COUNSEL FOR DEFENDANT

At a session of Said Court held in
United States District Court for the Eastern District
of Michigan, on 11/14/07

PRESENT: HON PAUL D. BORMAN

UPON Stipulation of counsel for Defendant YASSER SOUHOUBA,

IT IS HEREBY ORDERED AND ADJUDGED that MICHAEL A. RATAJ

be and is hereby substituted as counsel for Defendant YASSER SOUHOUBA.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: November 14, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 14, 2007.

                                              s/Denise Goodine
                                              Case Manager